E-FILED
Monday, 12 May, 2025 03:30:47 PM
Clerk, U.S. District Court, ILCD

FILED

MAY 12 2025

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: Circuit Clerks office,

From: Noah Allen   Case No: 18-30021

Re: "Motion under 28 U.S.C. 2255"

Dear Clerk,   Will you please send me Verification that my 2255 motion has been filed with the Court. I sent it off about a Month ago from FCI-Sheridan in Oregon and I just wanted to make sure you got it. The reason is, we have had lots of problems with our mail Not being sent out, Lost, or Not receiving our Legal Mail. The inspector generals office is investigating the issue Now.

Next Page 2   →

I got a letter Last Night from Taylorville,
Illinois and it was post marked from
6 Weeks ago, Now you Know why I'm
so Concerned. * I just want you
and the Court to Know if there's
any delays on me responding to
the Court, its really Not my fault.
* Please let me Know if the Court
Allowed my Petition to move forward
or granted me an Attorney.

Thank you!
Noah Allen

#22464-026

Federal Correctional Inst
NOAH Allen
PO BOX 5000*
Sheridan, OR 97378
United States

*Legal Mail*

62701-162699

*Office of the Clerk*
United States District Court
151 U.S. Courthouse
600 East Monroe Street
Springfield, IL 62701



PORTLAND OR RPDC 972

6 MAY 2025 PM 6 L

FREEDOM FOREVER USA

